SALVATORE PELORO, as Administrator of the Estates of ANTONIO PELORO and Others, Deceased, Respondent, v. RICHARD ABBONDANTE et al., Appellants, et al., Defendants.—

Hopkins, Acting P. J., Munder, Latham, Brennan and Benjamin, JJ., concur.

SERIAL FEDERAL SAVINGS AND LOAN ASSOCIATION OF NEW YORK CITY, Plaintiff, v. ELIZABETH CRESCIMANNO, Respondent, et al., Defendants. MIDAS COLLECTIONS, INC., Appellant.—

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.